IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE LYNN TIGUE JR.**                                                                                           **PLAINTIFF**
**ADC# 171131**

v.                                  Case No. 2:23-cv-00107-KGB-JTK

**GARY KERSTEIN,**[1] *et al.*                                                                                          **DEFENDANTS**

## ORDER

Before the Court are three proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 165; 183; 185).  The first proposed finding and recommendation ("First Recommendation") recommends that plaintiff Rickie Lynn Tigue, Jr.'s pending motion for mental evaluation (Dkt. No. 161) be denied (Dkt. No. 165).  The second proposed finding and recommendation ("Second Recommendation") recommends that Tigue's motion for temporary restraining order (Dkt. No. 170) be denied (Dkt. No. 183).  The third proposed finding and recommendation ("Third Recommendation") recommends that:  (1) defendants Gary Kerstein and Tracy Bennett's motion for summary judgment (Dkt. No. 178) be granted; (2) Tigue's claims against Kerstein and Bennett be dismissed with prejudice; (3) Tigue's pending motions (Dkt. Nos. 171; 172) be denied as moot; and (4) this case be dismissed (Dkt. No. 185).

   **I.**      **First Recommendation**

Tigue submitted numerous filings and motions (*see* Dkt. Nos. 166–172) since the date of the First Recommendation, but the Court does not understand these filings and motions to be objections to the issues raised in the First Recommendation (Dkt. No. 165) or otherwise responsive

---

[1] Belcher was terminated as a party to this suit in the Court's prior Order (Dkt. No. 159). Gary Kerstein remains a defendant in this case.

to Tigue's motion for mental evaluation (Dkt. No. 161) since such filings do not reference or relate to the Recommendation or motion for mental evaluation. Accordingly, after careful consideration and a review of the whole record, the Court approves and adopts the First Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 165). Tigue's pending motion for mental evaluation is denied (Dkt. No. 161).

## II.     Second Recommendation

Judge Kearney's Second Recommendation recommends that Tigue's pending motion for temporary restraining order be denied (Dkt. No. 183). No party has filed objections to the Second Recommendation, and the time to do so has passed. Accordingly, after careful consideration and a review of the whole record, the Court approves and adopts the Second Recommendation in its entirety as this Court's findings in all respects (*Id.*). Tigue's pending motion for temporary restraining order is denied (Dkt. No. 170).

## III.    Third Recommendation

Judge Kearney's Third Recommendation recommends that: (1) Kerstein and Bennett's motion for summary judgment be granted; (2) Tigue's claims against Kerstein and Bennett be dismissed with prejudice; (3) Tigue's remaining pending motions be denied as moot, and (4) this case be dismissed (Dkt. No. 184). No party has filed objections to the Third Recommendation, and the time to do so has passed. Accordingly, after careful consideration and a *de novo* review of the record, the Court approves and adopts the Third Recommendation in its entirety as this Court's findings in all respects (*Id.*). Kerstein and Bennett's motion for summary judgment is granted (Dkt. No. 178). Tigue's action against Kerstein and Bennett is dismissed with prejudice (Dkt. No. 74). Tigue's motion for leave to produce additional evidence on appeal (Dkt. No. 171) and motion requesting appellate court to correct record (Dkt No. 172) are denied as moot.

## IV.     Conclusion

For the foregoing reasons, the Court:

(1)     adopts the First Recommendation (Dkt. No. 165) and denies Tigue's motion for mental evaluation (Dkt. No. 161);

(2)     adopts the Second Recommendation (Dkt. No. 183) and denies Tigue's motion for temporary restraining order (Dkt. No. 170); and

(3)     adopts the Third Recommendation (Dkt. No. 184) and

- (a)     grants Kerstein and Bennett's motion for summary judgment (Dkt. No. 178);
- (b)     dismisses, with prejudice, Tigue's action against Kerstein and Bennett (Dkt. No. 74);
- (c)     denies Tigue's motion for leave to produce additional evidence on appeal as moot (Dkt. No. 171); and
- (d)     denies Tigue's motion requesting appellate court to correct record as moot (Dkt. No. 172).

It is so ordered this 2nd day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge