IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE LYNN TIGUE JR.**                                                                                    **PLAINTIFF**
**ADC# 171131**

v.                                    Case No. 2:23-cv-00107-KGB-JTK

**GARY KERSTEIN,**[1] *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders entered in this case, it is considered, ordered, and adjudged that this case is dismissed.  The relief requested is denied.

It is so adjudged this 2nd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge

---

[1] Belcher was terminated as a party to this suit in the Court's prior Order (Dkt. No. 159). Gary Kerstein remains a defendant in this case.